UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Petitioner,

v.                                                   CASE NO: 8:08-mc-65-T-23MSS

JEFFEREY L. WILLIAMS, as sole proprietor,

    Respondent.
_____/

## ORDER

On September 12, 2007, the Internal Revenue Service served on the respondent a summons requiring him to testify and provide documents relating to his tax liabilities for the years 2000 and 2001 and the collectibility of his tax obligations currently. The respondent failed to comply as to the year 2001, and the United States sought judicial enforcement of the summons pursuant to 26 U.S.C. §§ 7402(b) and 7604(a). Following a hearing at which the respondent appeared and following the magistrate judge's report and recommendation (Doc. 10), the respondent waives his right to object to the report and recommendation. Accordingly, the magistrate judge's report and recommendation (Doc. 10) is **ADOPTED** and the United States's petition (Doc. 1) to enforce the IRS summons is **GRANTED**. The respondent is directed to appear for his deposition on **August 18, 2008, at 8:30 a.m.** and to produce all documents demanded in the IRS summons from January 1, 2008, to August 18, 2008, and any other financial documents concerning the 2001 tax year.

ORDERED in Tampa, Florida, on August 6, 2008.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE